**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEXIS FROIO,

                Plaintiff,                    17 **CIVIL** 604 (CS)

    -against-                          **JUDGMENT**

MONROE-WOODBURY CENTRAL SCHOOL
DISTRICT,
                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2020, the District's motion for summary judgment is granted, and judgment is entered for Defendant Monroe-Woodbury Central School District; accordingly, the case is closed.

**Dated:** New York, New York
         May 27, 2020

                                                  **RUBY J. KRAJICK**
                                              _____
                                                  **Clerk of Court**
                           **BY:**
                                                    **Deputy Clerk**